IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:12MJ79 and 8:12MJ80 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| EDUARDO NAVARRETE-SANCHEZ, ) | |
| MARIEL NAVARRETE-FIMBRES, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MATERIAL WITNESS

RE:  REQUEST FOR APPOINTMENT OF COUNSEL FOR **Jorge Alberto Lopez-Zarate**

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named individual in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named individual is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

**IT IS ORDERED** that **Richard P. McGowan** is appointed as attorney of record for the above-named material witness.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Richard P. McGowan.

DATED this 6th day of April, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge